## Consolidated Coal Company, of St. Louis, v. Joshua S. Peers and Adaline Peers.

THIS CASE *follows the decision* in Peers et al. v. Consolidated Coal Company of St. Louis. (See last preceding case.)

CHARLES W. THOMAS, attorney for appellant.

JOHN G. IRWIN and WM. H. KROME, attorneys for appellees.

MR. JUSTICE GREEN DELIVERED THE OPINION OF THE COURT.

This is the case mentioned in the opinion in Joshua S. Peers et al. v. the Consolidated Coal Co., heard and decided at the February term, 1895, of this court (last preceding case). Both cases were heard together and the same question is involved in each. In the case at bar the finding and judgment went for appellees, and for the reasons given for reversing the judgment in the other case, this judgment is affirmed.